**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                 Case No.  14-40483-EPK

ADAMS STREET LOFTS, LLC                               Chapter 11 Case

      Debtor.

_____/

**DEBTOR'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER (A) APPROVING COMPETITIVE BIDDING AND SALE PROCEDURES; (B) APPROVING FORM AND MANNER OF NOTICES; (C) APPROVING FORM OF ASSET PURCHASE AGREEMENT; (D) SCHEDULING DATES TO CONDUCT AUCTION AND HEARING TO CONSIDER FINAL APPROVAL OF SALE, INCLUDING TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (E) AUTHORIZING SALE OF SUBSTANTIALLY ALL THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND (F) GRANTING RELATED RELIEF [ECF NO. 7]**

Debtor, Adams Street Lofts, LLC, by and through undersigned counsel, hereby withdraws, without prejudice, the *Debtor's Emergency Motion for Entry of Order (A) Approving Competitive Bidding and Sale Procedures; (B) Approving Form and Manner of Notices; (C) Approving Form of Asset Purchase Agreement; (D) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; (E) Authorizing Sale of Substantially All the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (F) Granting Related Relief* [ECF No. 7] filed on August 22, 2014.

BERGER SINGERMAN
350 East Las Olas Blvd. | Suite 1000 | Fort Lauderdale, Florida 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM

5920271-1

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 5th day of September, 2014, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail upon all parties on the attached Court matrix.

    Respectfully submitted,

    BERGER SINGERMAN LLP
    *Attorneys for Debtor*
    125 S. Gadsden Street, Suite 300
    Tallahassee, FL 32301
    Telephone: (850) 561-3010
    Facsimile: (850) 561-3013

    By:   /s/ *Brian G. Rich*
             Brian G. Rich
             Florida Bar No. 038229
             brich@bergersingerman.com

BERGER SINGERMAN
350 East Las Olas Blvd. | Suite 1000 | Fort Lauderdale, Florida 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM

5920271-1

**CM/ECF SERVICE LIST**

- Jason H. Egan jason.h.egan@usdoj.gov
- Brian G. Rich brich@bergersingerman.com, efile@bergersingerman.com;bwalter@bergersingerman.com;kbeck@bergersingerman.com;sfulghum@bergersingerman.com;efile@ecf.inforuptcy.com
- United States Trustee USTPRegion21.TL.ECF@usdoj.gov

BERGER SINGERMAN

350 East Las Olas Blvd. | Suite 1000 | Fort Lauderdale, Florida 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM

5920271-1

**Adams Street Lofts, LLC –
All Creditors and Interested
Parties – 8/22/14**

** denotes receipt of CM/ECF electronic notice

Adams Street Lofts Condo Association
2020 West Pensacola Street, Suite 27
Tallahassee, FL 32304

Bhimani, Vipul
420 North Adams Street
#103
Tallahassee, FL 32301

Conn and Associates
1960-C Buford Boulevard
Tallahassee, FL 32308

Emmanuel, Chris
420 North Adams Street
#307
Tallahassee, FL 32301

Hamby, Tom
420 North Adams Street
#305
Tallahassee, FL 32301

Jonathan Leoni
63 NE 89th Street
El Portal, FL 33138

Leoni, Marcus
420 North Adams Street
#501
Tallahassee, FL 32301

Locascio, Steffen & Fulmer, Heather
420 North Adams Street
#201
Tallahassee, FL 32301

Preisser, Grant
420 North Adams Street
#303
Tallahassee, FL 32301

Adair, Eric & Amber
420 North Adams Street
#506
Tallahassee, FL 32301

Bello, Christina
420 North Adams Street
#302
Tallahassee, FL 32301

Carluccio, Thomas
420 North Adams Street
#504
Tallahassee, FL 32301

Destin Reporting & Technology
36468 Emerald Coast Pkwy.
Old South Centre
Suite 2101
Destin, FL 32541

Florida Dept. of Business & Prof Reg.
Attn: Karen Mark
1940 Monroe Street
Tallahassee, FL 32303

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7345

Leon County Tax Collector
P.O. Box 1835
Tallahassee, FL 32302

Liberty Forensics Group
530 N. Commonwealth Avenue
Polk City, FL 33868

Mad Dog Design & Construction Co., Inc.
1203 Miccosukee Road
Tallahassee, FL 32308

Randles, Theodore
420 North Adams Street
#204
Tallahassee, FL 32301

Adair, Eric and Amber
420 North Adams Street
#506
Tallahassee, FL 32301

Belman, Rodger
420 North Adams Street
#503
Tallahassee, FL 32301

Centennial Bank
2932 Crawfordville Highway
Crawfordville, FL 32327

Ellis, Adam
420 North Adams Street
#203
Tallahassee, FL 32301

Gemini Parking Deck North
310 West Jefferson Street
Tallahassee, FL 32301

John, Dejager
420 North Adams Street
#301
Tallahassee, FL 32301

Leoni Properties, Inc.
P.O. Box 2535
Tallahassee, FL 32316

Locascio, Stefen & Fulmer, Heather
420 North Adams Street
#201
Tallahassee, FL 32301

Mills Paskert Divers
100 North Tampa Street
Suite 2010
Tampa, FL 33602

Rodgers, Charles
420 North Adams Street
#304
Tallahassee, FL 32301

| | | |
|---|---|---|
| Serra, Nicholas<br>420 North Adams Street<br>#202<br>Tallahassee, FL 32301 | Steven M. Leoni<br>P.O. Box 20222<br>Tallahassee, FL 32316 | Timmerman, Katie<br>420 North Adams Street<br>#306<br>Tallahassee, FL 32301 |
| Vezina, Alex<br>420 North Adams Street<br>#206<br>Tallahassee, FL 32301 | Stephen A. Pitre, Esq.<br>Clark, Partington, Hart, Larry,<br>Bond & Stackhouse<br>125 W. Romana St., Ste. 800<br>Pensacola, FL 32591-3010 | Baldwin Park of Tallahassee, LLC<br>2020 West Pensacola Street<br>Suite 300<br>Tallahassee, FL 32304 |
| Villa San Marco, LLC<br>2020 West Pensacola Street<br>Suite 300<br>Tallahassee, FL 32304 | Internal Revenue Service<br>Insolvency Unit<br>1211 Governor's Square<br>Tallahassee, FL 32301 | Hon. Pamela Cothran Marsh<br>U.S. Attorney<br>111 N. Adams Street, 4th Floor<br>U.S. Courthouse<br>Tallahassee, FL 32301 |
| The Honorable Eric H. Holder, Jr.<br>Attorney General of the U.S.<br>950 Pennsylvania Avenue, NW<br>Room 4400<br>Washington, DC  20530-0001 | Susan Sherrill, Esq.<br>Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road, NE, #900<br>Atlanta, GA 30326-1382 | Jason H. Egan, Esq.  **<br>Office of the U.S. Trustee<br>110 East Park Avenue, Suite 128<br>Tallahassee, FL 32301 |