**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                  Case No.  14-40483-KKS

ADAMS STREET LOFTS, LLC                            Chapter 11 Case

      Debtor.

_____/

**DEBTOR'S NOTICE OF FILING AMENDED SCHEDULE F –**
**CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

      Debtor, Adams Street Lofts, LLC (the "Debtor"), by and through the undersigned counsel, hereby files the attached *Amended Schedule F – Creditors Holding Unsecured Nonpriority Claims*, which is being filed in order to add additional creditors as identified on the attached "Supplement to Mailing Matrix."

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 5th day of September, 2014, by (i) electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List; and (ii) first class, U.S. Mail, together with the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines* [ECF No. 14], upon all parties on the attached "Supplement to Mailing Matrix."

      Dated this 5th day of September 2014.

                                    Respectfully submitted,

                                    BERGER SINGERMAN LLP
                                    *Attorneys for Debtor*
                                    125 S. Gadsden Street, Suite 300
                                    Tallahassee, FL 32301
                                    Telephone: (850) 561-3010
                                    Facsimile:  (850) 561-3013

                              By:   /s/ *Brian G. Rich*
                                    Brian G. Rich
                                    Florida Bar No.  038229
                                    brich@bergersingerman.com

**CM/ECF SERVICE LIST**

- Jason H. Egan jason.h.egan@usdoj.gov
- Brian G. Rich brich@bergersingerman.com, efile@bergersingerman.com;bwalter@bergersingerman.com;kbeck@bergersingerman.com;sfulghum@bergersingerman.com;efile@ecf.inforuptcy.com
- United States Trustee USTPRegion21.TL.ECF@usdoj.gov

3

**SUPPLEMENT TO MAILING MATRIX**

Koulisis, Ann & Christo
The PM Group, Gulf Coast, Inc.
Attn.: Mike Angus
6119 Village Oaks Drive
Pensacola, FL 32504

Dewees, Anthony
1700 N. Monroe Street
Suite 11-129
Tallahassee, FL 32303

Governance, Inc.
P.O. Box 10768
Tallahassee, FL 32302

Hunter & Harp Holdings LLC
311 East Jennings Street
Tallahassee, FL 32301

Russo, Michael
420 N. Adams Street
Unit 101
Tallahassee, FL 32301

Tiefel, Steven & Lynda
420 N. Adams Street
Unit 502
Tallahassee, FL 32301

B6F (Official Form 6F) (12/07)

In re **Adams Street Lofts, LLC** , Case No. **14-40483-KKS**
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Baldwin Park of Tallahassee, LLC**<br>**2020 West Pensacola Street**<br>**Suite 300**<br>**Tallahassee, FL 32304** | - | | **Accounts payable** | | | | **40,000.00** |
| Account No.<br><br>**Conn and Associates**<br>**1960-C Buford Boulevard**<br>**Tallahassee, FL 32308** | - | | **Architectural Firm** | | | X | **3,730.00** |
| Account No.<br><br>**Destin Reporting & Technology**<br>**36468 Emerald Coast Pkwy.**<br>**Old South Centre**<br>**Suite 2101**<br>**Destin, FL 32541** | - | | | | | | **244.00** |
| Account No.<br><br>**Dewees, Anthony**<br>**1700 Monroe Street**<br>**Suite 11-129**<br>**Tallahassee, FL 32303** | - | | **Purchaser of Unit No. 505** | X | X | | **Unknown** |
| __3__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | **43,974.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adams Street Lofts, LLC**                                    , Case No. **14-40483-KKS**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Florida Dept. of Business & Prof Reg.**<br>**Attn: Karen Mark**<br>**1940 Monroe Street**<br>**Tallahassee, FL 32303** | - | | | | | X | **Unknown** |
| Account No.<br>**Governance, Inc.**<br>**P.O. Box 10768**<br>**Tallahassee, FL 32302** | - | | **Purchaser of Unit Nos. 102, 205, 404, 405 and 507** | X | X | | **Unknown** |
| Account No.<br>**Hunter & Harp Holdings LLC**<br>**311 East Jennings Street**<br>**Tallahassee, FL 32301** | - | | **Purchaser of Unit Nos. 401, 402, 403, 406 and 407** | X | X | | **Unknown** |
| Account No.<br>**Koulisis, Christo & Ann**<br>**The PM Group, Gulf Coast, Inc.**<br>**Attn: Mike Angus**<br>**6119 Village Oaks Drive**<br>**Pensacola, FL 32504** | - | | **Purchaser of Unit No. 207** | X | X | | **Unknown** |
| Account No.<br>**Leoni Properties, Inc.**<br>**P.O. Box 2535**<br>**Tallahassee, FL 32316** | - | | **Construction Management** | | | | **10,000.00** |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adams Street Lofts, LLC**                           , Case No.  **14-40483-KKS**
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Liberty Forensics Group**<br>**530 N. Commonwealth Avenue**<br>**Polk City, FL 33868** | | - | **Construction Defect Litigation Expense** | | | | **12,512.54** |
| Account No.<br><br>**Mad Dog Design & Construction Co., Inc.**<br>**1203 Miccosukee Road**<br>**Tallahassee, FL 32308** | | - | **Construction firm** | | | X | **444,396.00** |
| Account No.<br><br>**Mills Paskert Divers**<br>**100 North Tampa Street**<br>**Suite 2010**<br>**Tampa, FL 33602** | | - | **Legal fees** | | | | **20,220.17** |
| Account No.<br><br>**Russo, Michael**<br>**420 N. Adams Street**<br>**Unit 101**<br>**Tallahassee, FL 32301** | | - | **Purchaser of Unit No. 101** | X | X | | **Unknown** |
| Account No.<br><br>**Tiefel, Steven & Lynda**<br>**420 N. Adams Street**<br>**Unit 502**<br>**Tallahassee, FL 32301** | | - | **Purchaser of Unit No. 502** | X | X | | **Unknown** |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **477,128.71**

B6F (Official Form 6F) (12/07) - Cont.

In re **Adams Street Lofts, LLC**, Case No. **14-40483-KKS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Villa San Marco, LLC**<br>**2020 West Pensacola Street**<br>**Suite 300**<br>**Tallahassee, FL 32304** | | - | **Accounts payable** | | | | **15,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **15,000.00**

Total (Report on Summary of Schedules) **546,102.71**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re  **Adams Street Lofts, LLC**                                                                    Case No.  **14-40483-KKS**
                                    Debtor(s)                                                          Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __19__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 5, 2014**                        Signature  **/s/ Jonathan Leoni**
                                                              **Jonathan Leoni**
                                                              **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.