UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

IN RE:

ADAMS STREET LOFTS, LLC,   Bankruptcy Case No. 14-40483-KKS

Debtor.   Chapter 7

_____/

**BURNETTE'S EMERGENCY MOTION TO
INTERVENE AND REQUEST FOR EMERGENCY HEARING**

John Thomas Burnette ("Burnette") owns condominium unit number 407 at the Adams Street Lofts Condominium. As a condominium unit owner, Burnette is a member and shareholder of the Adams Street Lofts Condominium Association, Inc. ("the Association"), a secured creditor in this proceeding. Burnette hereby moves to intervene pursuant to Federal Rule of Bankruptcy Procedure 2018 and Federal Rules of Civil Procedure 24(a)(2) and (b)(1)(B) and requests an emergency hearing pursuant to Federal Rule of Bankruptcy Procedure 9073-1(B). Burnette has standing to intervene in this case and, if necessary, to file an adversarial proceeding, because he has significant sufficient interest at stake to be a party in litigation to protect his property interest and those of the Association.

1. The Debtor in this case, Adams Street Lofts, LLC, is the developer of a condominium property, more particularly described in the "Declaration of Condominium for Adams Street Lofts, A Condominium," recorded in the public records of Leon County, Florida, at official records book 3814, pages 447 through 537 (the "Declaration"). (A copy of the Declaration is attached hereto as Exhibit 1.)

2. As the developer of the condominium and as the entity in control of the board of directors of the Association, the Debtor owes certain fiduciary duties to the unit owners. See Chapter 718, Florida Statutes.

3.  The condominium unit owners, including Burnette, are the real parties in interest associated with the Association's $117,000 claim. The Association is a nonprofit corporation, the members of which consist of the individual unit owners of the condominium units. Burnette, along with the other individual condominium unit owners, own an undivided share of the common elements in the Adams Street Lofts Condominium and are each members of the Association. See section 718.104 and 718.111(1)(a), Florida Statutes. As a result, the proposed satisfaction of the $117,000 debt owed by the Developer to the Association (located at page 8, section 2.02 of the Debtor's Plan of Reorganization – Doc. 25) necessarily prejudices and affects Burnette, the other unit owners and the Association.

4.  Under the Florida Condominium Act (Chapter 718, Florida Statutes), the Association is responsible for maintenance and repair of the common elements of the condominium. (The common elements consist of all of the elements of the building, other than the portions within the walls of the individual units. These consist of things such as the roof, exterior cladding, masonry, mechanical, electrical, plumbing, fire protection, and any other portion of the physical building that is not contained within the individual condominium units.)

5.  To fund the Association's requirements to repair, replace, and maintain the common elements of the condominium, the Association has the power to file lawsuits against responsible parties and to levy assessments against the individual condominium unit owners.

6.  The Proposed Plan of Reorganization (Doc. 25) states that the Association is a Class 2 creditor with a secured claim in the approximate amount of $117,000 (which accounts for the past due condominium assessments owed by the Debtor/Developer to the Association) and that the Association "will be satisfied through the conveyance of parking spaces." Control of the Association is still in hands of the Debtor/Developer and will be at the time of the confirmation hearing scheduled for January 15, 2015 (Doc. 88). Therefore, the

Debtor/Developer will be voting to confirm the Plan on behalf of the Association (and to release its own personal debt) to the prejudice of Burnette, the other unit owners, and the Association itself.

7. If the proposed Plan of Reorganization is confirmed as proposed, Burnette and other the unit owners may be left without any legal remedy to collect the $117,000 in past due assessments that is needed to pay for the common expenses of the Association. Accordingly, it is necessary for Burnette to intervene in this action to participate in the upcoming confirmation hearing on January 15, 2015, and file necessary pleadings and motions to protect the interests of the unit owners.

## Statment of Need for Emergency Hearing

8. The relief requested in this motion requires an emergency hearing, because the deadline to file objections to the proposed Plan of Reorganization is January 8; the deadline for vote on the proposed Plan of Reorganization is January 12; and the hearing is scheduled for January 15, 2015, all of which take place within the next few days. If the vote and the hearings are permitted to take place without having this motion heard and the issued raised within this motion decided by this court, great prejudice will occur to Burnette, the other unit owners, and the Association itself by virtue of waiver of its rights to property in the estate in the amount of $117,000, which is being proposed to be wiped out by the Debtor in this proposed Plan of Reorganization.

9. The need for the emergency hearing is not caused by a lack of due diligence by Burnette, or its counsel seeking the relief, and the Debtor's proposed actions of wiping out the $117,000 prepetition assessments was not made clear until the most recent motions and orders setting the proposed Plan of Reorganization for hearings in this case. In addition, in light of the

other issues surrounding the proposed sale and resolution of the construction defects money, the proposed wipeout of the $117,000 claim by the Association was not discussed.

10. In addition, this has not been caused by lack of due diligence by Burnette, since he was not made a party this action prior to his motion to intervene in this action to protect his rights, the rights of the other unit owners, and the rights of the Association itself, which is operating illegally in this regard.

11. Efforts have been made to resolve this issue without an emergency hearing, but these efforts have been unsuccessful.

WHEREFORE, John Thomas Burnette, hereby requests this court enter its order: (1) granting an emergency hearing on his motion to intervene; and (2) permitting John Thomas Burnette to intervene, participate in, and be heard at the confirmation hearing and to file other pleadings and motions as may be necessary on his behalf in this proceeding.

_____
Davisson F. Dunlap, III, B.C.S.
Florida Bar Number 0509061
DUNLAP & SHIPMAN, P.A.
2065 Thomasville Road, Suite 102
Tallahassee, FL 32308-0733
850-385-5000
850-385-7636 Facsimile
E-mails: davissoniii@dunlapshipman.com
         dottiem@dunlapshipman.com

Attorneys for John Thomas Burnette

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Burnette's Emergency Motion to Intervene and Request for Emergency Hearing has been furnished on this __6__ day of January, 2015, to the persons and/or entities and by the methods listed on the attached service list.

_____
Attorney

## Service List

**Through the Court's Electronic Filing System:**

Mr. Brian G. Rich
Berger Singerman LLP
125 South Gadsden Street, Suite 300
Tallahassee, FL 32301
E-mail: brich@bergersingerman.com
Attorneys for Debtor,
Adams Street Lofts, LLC

Mr. Jason H. Egan
Office of United States Trustee
110 East Park Ave., Suite 128
Tallahassee, FL 32301-7728
E-mail: jason.h.egan@usdoj.gov
Attorney for United States Trustee

Mr. Ronald A. Mowrey
Mowrey Law Firm, P.A.
515 North Adams Street
Tallahassee, FL 32301-1111
E-mail: rmowrey@mowreylaw.com
Attorney for Governace, Inc.

United States Trustee
110 E. Park Avenue, Suite 128
Tallahassee, FL 32301-7728
E-mail: USTPRegion21.TL.ECF@usdoj.gov

**By Direct E-Mail:**

Mr. William E. Bond Jr.
Mr. Keith L. Bell, Jr.
Clark, Partington, Hart
125 W. Romana Street, Suite 800 (32502-5856)
Post Office Box 13010
Pensacola, FL 32591-3010
Attorneys for Centennial Bank
E-mail: wbond@cphlaw.com
        kbell@cphlaw.com

Mr. Stephen A. Pitre
Clark, Partington, Hart, Larry, Bond
  & Stackhouse
125 W. Romana Street, Suite 800 (32502-5856)
Post Office Box 13010
Pensacola, FL 32591-3010
E-mail: spitre@cphlaw.com

Mr. Ty G. Thompson
Mills Paskert Divers
100 N Tampa Street, Suite 3700
Tampa, FL 33602-5835
E-mail: tthompson@mpdlegal.com

**By United States Mail:**

Eric and Amber Adair
420 North Adams Street, No. 506
Tallahassee, FL 32301-1164

Adams Street Lofts Condominium Association
2020 West Pensacola Street, Suite 27
Tallahassee, FL 32304-3142

Anthony Dewees
1700 N. Monroe Street, Suite 11-129
Tallahassee, FL 32303-5535

Baldwin Park of Tallahassee, LLC
2020 West Pensacola Street, Suite 300
Tallahassee, FL 32304-3186

Christina Bello
420 North Adams Street, No. 302
Tallahassee, FL 32301-1158

Rodger Belman
420 North Adams Street, No. 503
Tallahassee, FL 32301-1163

Vipul Bhimani
420 North Adams Street, No. 103
Tallahassee, FL 32301-1156

Capital One CLTRL Assignee of FIG 2222
Post Office Box 54418
New Orleans, LA 70154-4418

Capone-Cltrlassignee-Roth Acq LLC
Post Office Box 2102
Winter Park, FL 32790-2102

Thomas Carluccio
420 North Adams Street, No. 504
Tallahassee, FL 32301-1163

Conn and Associates
1960-C Buford Boulevard
Tallahassee, FL 32308-4467

Destin Reporting & Technology
36468 Emerald Coast Pkwy.
Old South Centre, Suite 2101
Destin, FL 32541-3723

Adam Ellis
420 North Adams Street, No. 203
Tallahassee, FL 32301-1157

Chris Emmanuel
420 North Adams Street, No. 307
Tallahassee, FL 32301-1160

Florida Dept. of Business and
    Professional Regulation
Attention: Karen Mark
1940 Monroe Street
Tallahassee, FL 32303-4700

Florida Dept. of Revenue, Bankruptcy Unit and
Florida Dept. of Labor & Employment Security
c/o Florida Dept. of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

FNA FLORIDA LLC
120 N. LaSalle Street, 29th Floor
Chicago, IL 60602-2424

Freund Katz Goldston Young & Co., P.A.
10729 SW 104th Street
Miami, FL 33176

Gemini Associates, Ltd.
310 West Jefferson St.
Tallahassee, FL 32301-1419

Gemini Parking Deck North
310 West Jefferson Street
Tallahassee, FL 32301-1419

Tom Hamby
420 North Adams Street, No. 305
Tallahassee, FL 32301-1159

Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346

Dejager John
420 North Adams Street, No. 301
Tallahassee, FL 32301-1158

Ann & Christo Koulisis
The PM Group, Gulf Coast, Inc.
Attention: Mike Angus
6119 Village Oaks Drive
Pensacola, FL 32504-6983

Jonathan Leoni
63 NE 89th Street
El Portal, FL 33138-3047

Marcus Leoni
420 North Adams Street, No. 501
Tallahassee, FL 32301-1163

Steven M. Leoni
Post office Box 2535
Tallahassee, FL 32316

Leoni Properties, Inc.
Post Office Box 2535
Tallahassee, FL 32316-2535

Leon County Tax Collector
Post Office Box 1835
Tallahassee, FL 32302-1835

Liberty Forensics Group
530 N. Commonwealth Avenue
Polk City, FL 33868-9601

Stefen Locascio and Heather Fulmer
420 North Adams Street, No. 201
Tallahassee, FL 32301-1156

Mad Dog Design & Construction Co., Inc.
1203 Miccosukee Road
Tallahassee, FL 32308-5039

Michael Russo
420 N. Adams Street, Unit 101
Tallahassee, FL 32301-1156

PPF Holdings III, Ltd.
c/o US Bank as Custodian
50 South 16th Street, Suite 1950
Philadelphia, PA 19102-2517

Grant Preisser
420 North Adams Street, No. 303
Tallahassee, FL 32301-1159

Theodore Randles
420 North Adams Street, No. 204
Tallahassee, FL 32301-1157

Charles Rodgers
420 North Adams Street, No. 304
Tallahassee, FL 32301-1159

Nicholas Serra
420 North Adams Street, No. 202
Tallahassee, FL 32301-1157

Sperry Van Ness Aucton Services, LLC
6615 West Boynton Beach Blvd., No. 326
Boynton Beach, FL 33437

Steven & Lynda Tiefel
420 N. Adams Street, Unit 502
Tallahassee, FL 32301-1163

TC 12, LLC
Post Office Box 3385
Tampa, FL 33601-3385

Timmerman, Katie
420 North Adams Street, No. 306
Tallahassee, FL 32301-1159

TLGFY, LLC
Post Office Box 54347
New Orleans, CA 70154-4347

U.S. Bank as Cust for Magnolia TC 14, LL
Post Office Box 2102
Winter Park, FL 32790-2102

U.S. Attorney (Tallahassee Office)
111 North Adams Street, 4th Floor
Tallahassee, FL 32301-7736

US Bank as Cust for Tower
C/O Garber Tax Management LLC -1
Post Office Box 645040
Cincinnati Ohio 45264-5040

U.S. Securities and Exchange Commission
Atlanta Reg. Office and Reorg.
950 E. Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382

Secretary of Treasury
U.S. Treasury Department
15th & Pennsylvania Avenue
Washington, DC 20220-0001

Alex Vezina
420 North Adams Street, No. 206
Tallahassee, FL 32301-1158

Villa San Marco, LLC
2020 West Pensacola Street, Suite 300
Tallahassee, FL 32304-3186